# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MALDIVES SCUBA DIVING, PVT. LTD;
GUNDI HOLM,

                        Plaintiffs,

     vs.                                        Case No.  6:10-cv-173-Orl-28KRS

INTERMEDIA PUBLICATIONS, INC.;
BRIAN VERBONAC; DOES 1-100,

                        Defendants.

## NOTICE OF SETTLEMENT

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD,

PLEASE TAKE NOTICE that Plaintiffs and Defendant Intermedia Publications, Inc. (the "Parties") have reached a settlement of this action and are currently in the process of drafting and executing the settlement documents.  The parties will file a stipulation of dismissal within the next ten days.

Date:  June 1, 2011

                                                        s/Colin Hardacre
                                                        Colin Hardacre, Esq. (*pro hac vice*)
                                                        The Kaufman Law Group
                                                        Attorneys for Plaintiffs
                                                        1901 Avenue of the Stars, Suite 1010
                                                        Los Angeles, CA 90067
                                                        Phone: (310) 286-2202
                                                        Facsimile: (310) 712-0023
                                                        Email: colin@kaufmanlawgroupla.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Brian Verbonac
29 Morgan Heights Drive
P1H 1B7
Huntsville, Ontario Canada

                                                                s/Colin Hardacre