# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

MALDIVES SCUBA DIVING PVT. LTD.,
GUNDI HOLM,

      Plaintiffs,

-vs-                                            Case No. 6:10-cv-173-Orl-28KRS

INTERMEDIA PUBLICATIONS, INC.,
BRIAN VERBONAC, DOES 1-100,

      Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Stipulation of Dismissal (Doc. No. 27), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice, with each party to bear its own fees and costs. All pending motions are **DENIED** as moot. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __30__ day of June, 2011.

                                                JOHN ANTOON II
                                               United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party